# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No: 21-MJ-00035** |
| | : | |
| v. | : | |
| | : | |
| **JENNY LOUISE CUDD** and | : | |
| **ELIEL ROSA,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of Government's Motion to Unseal Case, and the entire record herein, it is this 21st day of January, 2021, hereby,

**ORDERED** that the affidavit in support of criminal complaint and other related warrants, files, and records in this case be unsealed, and that this case be entered on the public docket.

**SO ORDERED.**

Date: January 21, 2021

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE