UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : CRIM. NO. 21-MJ-35 (RMM) |
| JENNY CUDD and | |
| ELIEL ROSA | : |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME FROM THE SPEEDY TRIAL CALCULATION**

Mr. Rosa and Ms. Cudd, through counsel, respectfully request to continue the preliminary hearing scheduled in their cases for approximately 45 days to allow them the opportunity to obtain and review discovery before proceeding, and to engage in discussions about whether a pre-indictment resolution of the case is possible. They each agree to exclude the time between February 4 and the next date from the Speedy Trial Act calculation as it is in the interest of justice to allow these additional discussions to occur. The government does not object to this request, and undersigned counsel has been authorized to file this motion on behalf of both defendants.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____"/s/"_____
MICHELLE PETERSON
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC 20004
(202) 208-7500