IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO:   1:21-MJ-00035 |
| | ) |
| JENNY LOUISE CUDD, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of Defendant's Motion for Travel, and for good cause shown, it is hereby

ORDERED that Defendant's Motion for Travel is GRANTED; and it is

FURTHER ORDERED that Defendant's pretrial travel restrictions be amended to permit defendant to travel to Mexico on February 18, 2021 and to return to the United States on February 21, 2021.

FURTHER ORDERED that the Clerk forward a copy of this Order to all counsel of record.

_____
United States Magistrate Judge
U.S. District Court for the District of Columbia

Washington, D.C.

_____, \_\_\_\_, 2021.