UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>JENNY LOUISE CUDD,                    )<br>)<br>          Defendant.                    )<br>) | Criminal Case No: **1:21-MJ-00035** |

## MOTION FOR COMPLIANCE WITH DUE PROCESS PROTECTIONS ACT

Defendant moves for an order pursuant to the Due Process Protections Act and Rule 5 of the Federal Rules of Criminal Procedure, as amended on October 21, 2020, to remind the government of their prosecutorial obligation. The Due Process Protections Act and Rule 5 of the Federal Rules of Criminal Procedure, as amended on October 21, 2020, stated that in "*all criminal proceedings*, on the first scheduled court date when both prosecutor and defense counsel are present, *the judge shall* issue an oral and written order to prosecution and defense counsel that confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and the possible consequences of violating such order under applicable law." (Emphasis added.)

Public Law 116–182
116th Congress

An Act

Oct. 21, 2020
[S. 1380]

To amend the Federal Rules of Criminal Procedure to remind prosecutors of their obligations under Supreme Court case law.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

Due Process Protections Act.
18 USC app. 61 note.

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "Due Process Protections Act".

**SEC. 2. REMINDER OF PROSECUTORIAL OBLIGATIONS.**

18 USC app. 5.

Rule 5 of the Federal Rules of Criminal Procedure is amended—
  (1) by redesignating subsection (f) as subsection (g); and
  (2) by inserting after subsection (e) the following:
"(f) REMINDER OF PROSECUTORIAL OBLIGATION.—
  "(1) IN GENERAL.—In all criminal proceedings, on the first scheduled court date when both prosecutor and defense counsel are present, the judge shall issue an oral and written order to prosecution and defense counsel that confirms the disclosure obligation of the prosecutor under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and the possible consequences of violating such order under applicable law.
  "(2) FORMATION OF ORDER.—Each judicial council in which a district court is located shall promulgate a model order for the purpose of paragraph (1) that the court may use as it determines is appropriate.".

Approved October 21, 2020.

The Administrative Office of the US Courts issued a memorandum about the Statutory Amendment to Criminal Rule 5 on October 26, 2020, stating that "all judges must immediately comply with this new requirement, and judicial councils must draft and promulgate a model order implementing this change as soon as practicable."

In this matter, no such an order was issued when both the prosecutor and defense counsel were present for an initial appearance on January 21, 2021, nor does it appear this order has been issued through the date of this filing, 12 days following the initial appearance.

The defense, therefore, moves for compliance with the Due Process Protections Act and Rule 5 of the Federal Rules of Criminal Procedure, and requests an issuance of the required order.

Date: February 2, 2021.

Respectfully submitted,

/s/
_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2021, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel for the United States, David Kent (USADC) at david.kent@usdoj.gov.

      /s/
_____

Marina Medvin, Esq.
*Counsel for Defendant*