NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.      Criminal Number   1:21-MJ-00035

Jenny L. Cudd

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ■ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Marina Medvin, DC Bar #995966
*(Attorney & Bar ID Number)*

MEDVIN LAW PLC
*(Firm Name)*

916 Prince St, Ste 109
*(Street Address)*

Alexandria, VA 22314
*(City)       (State)      (Zip)*

888-886-4127
*(Telephone Number)*