UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  | ) |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal Case No: **1:21-MJ-00035-1** |
| | ) | |
| **JENNY LOUISE CUDD,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# O R D E R

Upon consideration of defense counsel's Motion for Rescind Request to Practice *Pro Hac Vice* and local counsel's Motion to Withdraw, and for good cause shown, it is hereby

ORDERED that the Motion for Rescind Request to Practice *Pro Hac Vice* is GRANTED; and it is

FURTHER ORDERED that the appearance of Farheena Siddiqui is withdrawn.

_____
United States Magistrate Judge
U.S. District Court for the District of Columbia

Washington, D.C.

February ____, 2021.